1  SAO
   CHRISTOPHER M. KELLER, ESQ.
2  PYATT SILVESTRI & HANLON
   701 Bridger Ave., Suite 600
3  Las Vegas, Nevada 89101
   (702) 383-6000
4  Attorneys for Defendants

5              UNITED STATES DISTRICT COURT

6          FOR THE SOUTHERN DISTRICT OF NEVADA

7
   PEGGY WADE,                          )
8                                       )
                Plaintiff,              )    CASE NO.:2:09-cv-02327-RLH-LRL
9                                       )
   vs.                                  )
10                                      )
   THE ALLSTATE CORPORATION, dba        )
11 ALLSTATE INSURANCE COMPANY,          )
   a company domiciled in Illinois; DOES I-X )
12 inclusive; and ROE CORPORATIONS XI-XX, )
   inclusive,                           )
13                                      )
                Defendants.             )
14                                      )
                                        )
15

16
                 STIPULATION AND ORDER
17           FOR DISMISSAL WITH PREJUDICE
                    No Hearing Date
18
              IT IS HEREBY STIPULATED AND AGREED by and between the parties
19
   hereto, through their respective counsel of record, that is, DAN M. WINDER, ESQ. of the law
20
   offices of OF DAN M. WINDER, P.C., on behalf of Plaintiff, PEGGY L. WADE; and
21
   CHRISTOPHER M. KELLER, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on
22
   behalf of Defendant, THE ALLSTATE CORPORATION dba ALLSTATE INSURANCE
23
   COMPANY aka ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, that
24
   Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.
25
   . . .
26
   . . .
27
   . . .
28
   . . .

DATED this _____ day of June, 2011.

PYATT SILVESTRI & HANLON

CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant

LAW OFFICES OF
DAN M. WINDER, P.C.

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED this 30th day of _____ June _____, 2011 that Plaintiff's

Complaint be dismissed with prejudice, each party to bear their own costs.

UNITED STATES DISTRICT JUDGE

Submitted By:

PYATT SILVESTRI & HANLON

CHRISTOPHER M. KELLER, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant ALLSTATE

Peggy L. Wade vs. The Allstate Corporation, dba Allstate Insurance Company, et al.
Case No. 2:09-cv-02327-RLH-LRL
Stipulation and Order for Dismissal with Prejudice